UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re: ) | Case No. 20-60943 |
| ) | |
| MARK A. SPECK, II ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Judge Russ Kendig |
| ) | |
| ) | NOTICE OF APPEARANCE |
| ) | OF COUNSEL AND REQUEST |
| ) | FOR NOTICES |
| ) | |

      Now comes Jonathon C. Elgin, Assistant Prosecuting Attorney, Richland County, Ohio, and hereby enters his appearance on behalf of the creditor **RICHLAND COUNTY TREASURER**. Pursuant to Fed. R. Bankr. P. 2002(g), counsel respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

    Jonathon C. Elgin
    Richland Co. Prosecutor's Office
    38 S. Park Street, Second Floor
    Mansfield, Ohio 44902
    419-774-5676 (Phone)
    419-774-5889 (Fax)
    jcelgin@richlandcountyoh.us

Please take further notice that the counsel's request includes not only the notices referred to in Fed. R. Bankr. P. 2002, 9007, and 9010, but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Richland

County, Ohio. Counsel requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Movant*

CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2020, a true and correct copy of the foregoing notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

R. Joshua Brown, Attorney for Debtor Mark A. Speck II at bk.joshbrown@gmail.com

Josiah L. Mason, Chapter 7 Trustee, at jlmasontrustee@joemasonlaw.com

and by regular U.S. mail, postage prepaid, to:

Mark A. Speck II
325 Marcus St.
Mansfield, OH 44903
*Debtor*

/s/ Jonathon C. Elgin
Jonathon C. Elgin (0096390)