UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-60943 |
| | ) | |
| MARK A. SPECK II, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Russ Kendig |
| | ) | |
| | ) | |
| | ) | 300 Harker Street, Mansfield |
| | ) | Richland County, Ohio |
| | ) | PPN # 027-04-083-06-000 |

NOTICE OF MOTION FOR RELIEF FROM STAY
AND ABANDONMENT
BY RICHLAND COUNTY TREASURER

  RICHLAND COUNTY TREASURER has filed papers with the court to obtain relief from the automatic stay imposed in the above captioned case and abandonment with respect to the property situated at 300 Harker Street, Mansfield, Richland County, Ohio, identified by permanent parcel number 027-04-083-06-000. The preliminary hearing on this Motion, if any is required, is set for 9:30 AM, July 15, 2020 at the United States Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW., Canton, OH 44707.

  <u>Your rights may be affected</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.**

  If you do not want the court to grant relief from the automatic stay imposed in the above captioned case and abandonment with respect to the property situated at 300 Harker Street, Mansfield, Richland County, Ohio, identified by permanent parcel number 027-04-083-06-000, or if you want the court to consider your views on the motion, then on or before July 8, 2020, you or your attorney must file with the court a written response stating with particularity the basis for your

1

objection or opposition:

> Clerk of Courts
> U.S. Bankruptcy Court
> 401 McKinley Ave SW
> Canton, Ohio 44702
> *Attorneys must file a response via the court's ECF/CM interface.*

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Jonathon C. Elgin
> 38 S Park St. 2nd Floor
> Mansfield, OH 44902
> jcelgin@richlandcountyoh.us
> *Attorney for Creditor Richland Co. Treasurer*
>
> Josiah L. Mason
> 153 W Main Street
> P.O. Box 345
> Ashland, OH 44805-2219
> *Chapter 7 Trustee*

If you have not already been served with a copy of the Motion, you may obtain a copy of the Bankruptcy Court Clerk's office, through the Bankruptcy Court's PACER system, or by contacting the Attorney for Richland County Treasurer, who can be reached at the address above or via phone at 419-774-5676. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated June 11, 2020

                                                  /s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Movant*

CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2020, a true and correct copy of the foregoing NOTICE OF MOTION BY RICHLAND COUNTY TREASURER was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    R. Joshua Brown, Attorney for Debtor Mark A. Speck II at bk.joshbrown@gmail.com

    Josiah L. Mason, Chapter 7 Trustee, at jlmasontrustee@joemasonlaw.com

and by regular U.S. mail, postage prepaid, to:

    Mark A. Speck II
    325 Marcus St.
    Mansfield, OH 44903
    *Debtor*

    Douglas M. Morehart
    Saull Law Offices, LLC
    106 S. Sandusky Ave.
    Upper Sandusky, OH 43351
    *Attorney for Creditor Larry D. Noggle (Courtesy Copy)*

    /s/ Jonathon C. Elgin_____
    Jonathon C. Elgin (0096390)