IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

SPECK, II, MARK A.
        Debtor(s)

        JUDGE RUSS KENDIG
        Chapter 7
        Case No.: 20-60943

**OBJECTION TO MOTION FOR RELIEF FROM STAY AND ABANDONMENT BY RICHLAND COUNTY TREASURER RE: 300 HARKER STREET, MANSFIELD, OH**

Now comes Josiah L. Mason, Interim Trustee herein, and objects to the Motion for Relief from Stay and Abandonment filed on behalf of RICHLAND COUNTY TREASURER for the reason that the 341 meeting has not yet been held and the Trustee is unable to determine whether or not equity exists in the subject property for the benefit of the unsecured creditors.

        /s/ Josiah L. Mason, Trustee
        Josiah L. Mason, Interim Trustee

**CERTIFICATE OF SERVICE**

I, Josiah L. Mason, Trustee, hereby certify that the foregoing **OBJECTION TO MOTION FOR RELIEF FROM STAY AND ABANDONMENT,** was electronically transmitted on or about **July 6, 2020** via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

    R Joshua Brown    bk.joshbrown@gmail.com, G9873@notify.cincompass.com
    Jonathon Carl Elgin    jcelgin@richlandcountyoh.us, jc@jcelginlaw.com
    Richland County Treasurer    jcelgin@richlandcountyoh.us
    United States Trustee    (Registered address)@usdoj.gov

And to the following by Ordinary U. S. Mail:

Mark Speck, II, 325 Marcus Street, Mansfield, OH 44904

/s/ Josiah L. Mason, Trustee  
Josiah L. Mason, Interim Trustee