**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**/s/ Russ Kendig**
**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 10:30 AM August 13, 2020**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-60943 |
| | ) | |
| MARK A SPECK, II | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Russ Kendig |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>RICHLAND COUNTY TREASURER</u> |
| | ) | <u>FOR RELIEF FROM STAY AND</u> |
| | ) | <u>ABANDONMENT</u> |
| | ) | |
| | ) | 300 Harker St., Mansfield |
| | ) | Richland County, Ohio |
| | ) | Parcel #: 027-04-083-06-000 |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by RICHLAND COUNTY TREASURER ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.

Chapter 7 Interim Trustee Josiah L. Mason filed objection to the Movant's Motion for Relief from Stay and Abandonment on July 6, 2020. The Chapter 7 Interim Trustee has since had the opportunity to conduct § 341 Meeting. Counsel for Movant and Chapter 7 Trustee have

1

consulted on the matter and have resolved the Trustee's objection. No other party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 300 Harker Street, Mansfield, Richland County, Ohio, Permanent Parcel # 027-04-083-06-000.

IT IS FURTHER ORDERED that notwithstanding Rule 4001(a)(3), Richland County Treasurer may execute on this Order immediately.

IT IS FURTHER ORDERED that the hearing on the motion and objections set for August 24, 2020 at 3:00 PM hereby vacated.

*IT IS SO ORDERED.*

# # #

SUBMITTED & APPROVED BY:

/s/Jonathon C. Elgin_____
Jonathon C. Elgin (OH 0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us
*Attorney for Movant*

APPROVED BY:

/s/Josiah L. Mason *(8/11/2020, fax signature on file)*
Josiah L. Mason (OH 0003549)
*Chapter 7 Interim Trustee*

2

<u>SERVICE LIST</u>:

**Jonathon C. Elgin**
38 S. Park St., 2nd Fl.
Mansfield, OH 44902

**R. Joshua Brown**
32 Lutz Ave.
Lexington, OH 44904
bk.joshbrown@gmail.com

**Josiah L. Mason**
153 W. Main St.
PO Box 345
Ashland, OH 44805-2219
jlmasontrustee@joemasonlaw.com

**Mark A. Speck, II**
325 Marcus St.
Mansfield, OH 44903